AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

Joanna M Snyder
_____
Petitioner

v.                                                     Case No. _____
                                                                (Supplied by Clerk of Court)

Flathead County Attorney
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

FILED IN CLERKS OFFICE
2020 JUL -6 PM 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 or 2254 ?

### Personal Information

1. (a) Your full name: Joanna M Snyder
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: MCI-Framingham
   (b) Address: P.O. Box 9007
                Framingham MA 01701
   (c) Your identification number: F81832
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: Essex County Superior
           54 Federal St. Salem MA 01970
       (b) Docket number of criminal case: 2011-00553
       (c) Date of sentencing: 1/8/20
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☑ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Flothead County Attorney 800 S main St Kolispell MT 59903
   (b) Docket number, case number, or opinion number: 8 16-492 A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): a Violation of Anti-Shuffling Provision of USC 18 USC S 9PD 2 § 2 9zt IV (e)
   (d) Date of the decision or action: 4-17-20

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes     ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

    (b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

    (b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes          ☐ No

If "Yes," answer the following:
    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
   ☐ Yes       ☐ No
   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
   _____
   _____
   _____
   _____

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☐ Yes       ☐ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes       ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes        ☐ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Flathead County violated the Anti-Shuffling Provision of the USC for letting me be released of detainer they arrested me on, prior to final disposition. While they had custody + jurisdiction.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I was arrested on 11/3/K on Flathead County Probation Hold. Extradited to Flathead County from Lake County, place of arrest. Flathead County lifted their hold while they had custody + jurisdiction of me to send me to Massachusetts to face a probation violation in that state, prior to final disposition of their PV, violating the Anti-Shuffling provision.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND TWO:** _____

_____

(a) Supporting facts (Be brief. Do not cite cases or law.):
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts (Be brief. Do not cite cases or law.):
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I request the Court dismiss w/ prejudice any & all detainers, information, or indictments they hold for me. I have diligently tried to resolve them via multiple motions all denied. Because MJ would have one year to prosecute me, it seems they liked their hold, allowing me to be extradited to Mass, only to lodge the same detainer to push out their time limit. This is bad faith & violates the anti-shuffling provision.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _Put in Mail Sunday June 28, 2020_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/28/20

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any